WO

FILED ___ LODGED
RECEIVED ___ COPY

JUL 29 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Julio Rodriguez Leon,<br><br>    Defendant. | CR-00-00600-07-PHX-SMM<br><br>**ORDER** |

    A detention hearing on the Petition on Supervised Release was held on July 24, 2008.

    **THE COURT FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is neither a flight risk nor a danger to the community. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

    **IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

    DATED this 29th day of July, 2008.

Lawrence O. Anderson
United States Magistrate Judge